AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Francisco Garcia

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05M-1071-JGD

I, Francisco Garcia, charged in a ☒ complaint ☐ petition pending in this District of Massachusetts in violation of 21 U.S.C., 952(a) and 960,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

3/18/05
Date

X Francisco Garcia
Defendant

[signature]
Counsel for Defendant